| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Sedwick, John W. | 2. Court or Organization District of Alaska | 3. Date of Report 03/08/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address U.S. District Court 222 W. 7th Ave. #32 Anchorage, AK 99513 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2012 MAR 14 A 9: 41 FINANCIAL DISCLOSURE OFFICE RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Alaska Permanent Fund Dividend | $1,174.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Alaska Permanent Fund Dividend |
| 2. 2011 | State of Alaska Pension |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 03/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing Instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing Instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 03/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. 1st Nat'l Bank Alaska Stock | A | Dividend | K | T | | | | | |
| 2. 1st Nat'l Bank Alaska Accounts | A | Interest | L | T | | | | | |
| 3. Northrim Bank Accounts | A | Interest | K | T | | | | | |
| 4. Credit Union 1 Accounts | B | Int./Div. | M | T | | | | | |
| 5. Alaska USA FCU Accounts | A | Int./Div. | | | Closed | 02/23/11 | | | |
| 6. City of Akhiok Bond | A | Interest | J | T | | | | | |
| 7. Lincoln Nat'l Life Ins. Co. Policies | D | Interest | M | T | | | | | |
| 8. ▆▆ IRA | D | Int./Div. | N | T | | | | | |
| 9. ▆▆ IRA: American Funds Euro Pacific | | | | | Buy (add'l) | 05/11/11 | J | | |
| 10. ▆▆ IRA: American Funds Investment Co. of America | | | | | Sold (part) | 05/11/11 | J | C | |
| 11. ▆▆ IRA: American Funds Growth Fund of America | | | | | | | | | |
| 12. ▆▆ IRA: American Funds Capital Income Builder | | | | | | | | | |
| 13. ▆▆ IRA: American Funds Capital World G&I Fund | | | | | | | | | |
| 14. ▆▆ IRA: Pimco Unconstrained Bond Fund | | | | | | | | | |
| 15. ▆▆ IRA: Pimco All Assets | | | | | | | | | |
| 16. Franklin Templeton Global Bond Fund | | | | | Buy | 11/17/11 | L | | |
| 17. IRA #1 | E | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 03/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #1: Allianz NFJ Dividend Value Fund | | | | | Sold (part) | 05/11/11 | J | A | |
| 19. IRA #1: American Funds Capital Income Builder Fund | | | | | Sold (part) | 08/03/11 | J | A | |
| 20. IRA #1: American Funds Capital World G & I Fund | | | | | Buy (add'l) | 05/11/11 | J | | |
| 21. IRA #1: American Funds Growth Fund of America | | | | | Sold (part) | 05/11/11 | K | D | |
| 22. IRA #1: Calamos Growth Fund | | | | | Buy (add'l) | 05/11/11 | J | | |
| 23. IRA #1: Davis New York Venture | | | | | Sold (part) | 05/11/11 | J | A | |
| 24. IRA # 1: Franklin Templeton Global Bond Fund | | | | | Buy | 09/12/11 | M | | |
| 25. IRA # 1: Loomis Sayles Strategic Income Fund | | | | | Sold (part) | 08/03/11 | J | A | |
| 26. IRA # 1: Pimco All Assets Fund | | | | | Buy (add'l) | 05/11/11 | J | | |
| 27. IRA # 1: Pimco All Assets Fund | | | | | Sold (part) | 08/03/11 | J | A | |
| 28. IRA # 1: Pimco Global Multi-Asset Fund | | | | | Buy (add'l) | 05/11/11 | J | | |
| 29. IRA # 1: Pimco Global Multi Asset Fund | | | | | Sold (part) | 08/03/11 | J | A | |
| 30. IRA # 1: Pimco Total Return Fund | | | | | Sold (part) | 08/03/11 | J | A | |
| 31. IRA # 1: Pimco Total Return Fund | | | | | Sold | 09/09/11 | M | C | |
| 32. IRA # 1: Pimco Unconstrained Bond Fund | | | | | Sold (part) | 05/11/11 | J | A | |
| 33. IR A# 1:Pimco Unconstrained Bond Fund | | | | | Sold (part) | 08/03/11 | J | A | |
| 34. IRA #1: Pimco Unconstrained Bond Fund | | | | | Sold | 09/09/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 03/08/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA # 1: RS Partners Fund | | | | | Sold (part) | 05/11/11 | J | A | |
| 36. IRA # 1: RS Emerging Markets Fund | | | | | Sold (part) | 05/11/11 | J | A | |
| 37. IRA # 1: RS Emerging Markets Fund | | | | | Sold (part) | 08/03/11 | J | A | |
| 38. IRA # 1: Thornburg Int'l Value Fund | | | | | Buy (add'l) | 05/11/11 | K | | |
| 39. IRA #1: United States Government Securities | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sedwick, John W. | 03/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII:  IRA# 1 made an initial purchase of Pimco All Assets Fund on 08/27/10 with  value code of  K.  This transaction was inadvertently omitted from the report for 2010.

2. Part VII:  IRA#1 made an initial purchase of Pimco Global Multi-Asset Fund on 8/27/10 with a value code of K.  This transaction was inadvertenely omitted from the report for 2010.

3. Part VII:  Regarding both IRA accounts:  As in years past, reinvestments of income into the same fund are not listed as transactions and the total value of each IRA is listed in lieu of separately listing the value of each mutual fund held within each IRA.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544